**Motion GRANTED and Order filed October 25, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00240-CV
_____

### IN RE OSG SHIP MANAGEMENT, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-70728**

---

## ORDER

On March 24, 2016, relator OSG Ship Management, Inc., filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Elaine H. Palmer, Judge of the 215th District Court, in Harris County, Texas, to set aside her order dated March 7, 2016, entered in trial court number 2015-70728, styled

*Rasheed Lawal v. OSG Ship Management, et al.* Relator claims that respondent abused her discretion by denying its motion to dismiss for forum-selection clause.

Relator has also filed a motion to reconsider temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On October 19, 2016, relator asks this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2015-70728, *Rasheed Lawal v. OSG Ship Management, et al.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM